# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SHIRLEY ANN CHIN, and ) | |
| GERY LIVINGSTON-GROSS, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:13-1282 |
| ) | Judge Trauger |
| CIRCUIT OF THE AMERICAS, d/b/a COTA, and ) | Magistrate Judge Knowles |
| FERRARI CLUB OF AMERICA, d/b/a FCA ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

On March 26, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 26), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that all claims by plaintiff Shirley Ann Chin against defendants Circuit of the Americas and Ferrari Club of America are **DISMISSED WITH PREJUDICE**.

As the claims of the other plaintiff, Gery Livingston-Gross, remain pending, the Clerk shall return this case to Magistrate Judge Knowles for further handling under the original referral Order.

It is so **ORDERED.**

Enter this 29th day of April 2014.

_____
ALETA A. TRAUGER
U.S. District Judge