IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| GERY LIVINGSTON-GROSS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1282 |
| | ) | Judge Trauger |
| CIRCUIT OF THE AMERICAS, d/b/a COTA, and | ) | Magistrate Judge Knowles |
| FERRARI CLUB OF AMERICA, d/b/a FCA | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On July 2, 2014, the Magistrate Judge issued a Report and Recommendation (Docket No. 34), to which no timely objections have been filed. For the reasons expressed therein, it is hereby **ORDERED** that all claims asserted in this action by plaintiff Gery Livingston-Gross are **DISMISSED**. This Order shall constitute the judgment in this case, and the Clerk shall **CLOSE** this file.

It is so **ORDERED.**

Enter this 5th day of August 2014.

_____
ALETA A. TRAUGER
U.S. District Judge